IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CHRISTINE MARIE O'BRIEN, INDIVIDUALLY, AND AS NEXT FRIEND OF I.T.O., A MINOR, Plaintiffs, | § § § § § | |
| VS. | § § | C.A. 4:21-cv-00066 |
| R & C TRANSPORTATION, L.L.C., AND AUGUSTO RODRIGUEZ TOLEDANO Defendants. | § § § § | |

## AGREED FINAL JUDGMENT

On this day came on to be heard the above styled and numbered cause, and came the Plaintiff, **CHRISTINE MARIE O'BRIEN AS NEXT FRIEND OF I.T.O., A MINOR** ("Plaintiff"), and **R & C TRANSPORTATION, L.L.C.** and **AUGUSTO RODRIGUEZ TOLEDANO** ("Defendants") and Defendants' insurer, **UNITED FINANCIAL CASUALTY COMPANY** ("Defendants' Insurer"). It was announced that Defendants' Insurer on behalf of Defendants was agreeable to paying **ONE HUNDRED THOUSAND DOLLARS AND NO/100 CENTS ($100,000.00)** (the "Settlement Amount") to Plaintiff, which shall be paid as set forth herein and in the Settlement Agreement, Release and Indemnity Agreement executed by the Parties in compromise settlement of any and all claims, debts, obligations or causes of action of whatsoever nature that the Plaintiff has or may have against, growing out of, or in any way incident to the alleged injuries to the Plaintiff arising out of the incident made the basis of this lawsuit.

Plaintiff would show that on or about July 21, 2020, I.T.O., a minor, was a passenger in a vehicle driven by his mother, Christine Marie O'Brien, when they were involved in a collision (the "incident"). Christine Marie O'Brien, acting as next friend for I.T.O. filed an Original Petition against Defendants regarding the alleged injuries of the minor, I.T.O.

The Court, after having considered the pleadings, is of the opinion and so finds a possible conflict of interest existed between Plaintiff CHRISTINE MARIE O'BRIEN, and her minor child, I.T.O.. Therefore, a Guardian Ad Litem was appointed to protect the interests of the minor.

Therefore, Carolyn Hill, a duly licensed and practicing attorney who is qualified to act in such capacity, was appointed Guardian Ad Litem to represent the interest of the Minor Plaintiff. The Court finds the Guardian Ad Litem representing the Minor Plaintiff herein has no interest adverse to the Minor Plaintiff; is not interested and shall not receive any part of the proceeds of this judgment; is not related to the Plaintiff, Christine Marie O'Brien, and/or the Minor I.T.O. by blood or marriage; and is acting for the best interest of the Minor Plaintiff.

The Court finds that Defendants have reached an agreed settlement with Plaintiff, which settlement is being submitted to the Court for approval.

The Court finds that for the purposes of this lawsuit CHRISTINE MARIE O'BRIEN is the legal guardian of Minor Plaintiff I.T.O., and is legally empowered and authorized to sign, on behalf of the Minor Plaintiff, documents releasing all claims on behalf of Plaintiff against Defendants.

The Court finds the liability of the Defendants is uncertain, indefinite and incapable of being satisfactorily established, and the nature and extent of injuries and damages to the Plaintiff are uncertain, indefinite and incapable of being satisfactorily established, and being fully informed with respect to these facts, Defendants and Plaintiff have agreed to compromise and settle the cause of action for a certain sum in full settlement of the respective claims of Plaintiff.

The Court finds all medical care providers or health insurance companies which allege or assert a subrogation interest in this action have waived such interest by failing to file a Petition in Intervention in a timely manner.

The Court finds the Plaintiff and the Guardian Ad Litem desire a judgment be entered approving the Settlement Agreement and Release relating to the settlement between the aforementioned Defendants and Plaintiff.

The Court is of the opinion and so finds the Settlement Agreement and Release is reasonable, fair, and in the best interest of the Minor Plaintiff, and Defendants, and judgment should be granted approving such release, which is incorporated herein and referred to by reference.

**IT IS THEREFORE ORDERED** by the Court that Defendants' Insurer on behalf of Defendants fund the following payments outlined below as provided by, and in accordance with, the terms and conditions of the Settlement Agreement and Release between Plaintiff and Defendants.

**IT IS FURTHER ORDERED** that **UNITED FINANCIAL CASUALTY COMPANY,** on behalf of Defendants ("Defendants' Insurer"), pay the total sum of **ONE HUNDRED THOUSAND DOLLARS and NO/100 CENTS ($100,000.00),** for the benefit of the minor, I.T.O., in cash and payments in the manner set forth below:

1. To **Law Office of Michael Sawicki, PC** the total sum of **Thirty Three Thousand Three Hundred Thirty Dollars and 00/100 ($33,330.00)**.

2. To **Anthem Blue Cross and Blue Shield** the total sum of **Two Thousand Eight Hundred Sixty Three Dollars and 76/100 ($2,863.76)**.

3. To **Frisco Spinal Rehab** the total sum of **Three Hundred Nineteen Dollars and 07/100 ($319.07)**.

4. To the **Registry of the Court, United States District Court for the Eastern District of Texas (Sherman Division)** the amount of **Sixty Three Thousand Four Hundred Eighty Seven Five Dollars and 17/100 ($63,487.17)**, for the benefit and use of Minor **Ian T. O'Brien**. Said sums are to be invested via the Minor's Fund in accordance with General Order 14-1, dated January 21, 2014. Said funds are to

      remain on deposit unless further ordered by the Court or until the child reaches the age of 18. On or after that date and upon demand by said minor, with proper proof of proper identification, the Court Clerk is to issue a check payable to said minor in an amount equal to the above deposit plus accrued interest, less any clerk administrative fees. No further Order of the Court is required to release said funds.

**IT IS FURTHER ORDERED** that once the payments are made as set forth herein, **Augusto Rodriguez Toledano, R&C Transportation, LLC,** and their insurance company **United Financial Casualty Company**, shall be fully relieved and discharged from this judgment and all liability, claims, demands and causes of action whatsoever of the minor I.T.O. asserted in this action.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** a fee in the amount of $5,000.00 be paid to Carolyn Hill for services rendered in her capacity as Guardian Ad Litem and shall be taxed as Court costs against Defendants. The Court finds that these fees are necessary for the benefit of the Minor Plaintiff. The Court further finds that the Guardian Ad Litem has satisfactorily discharged all of her duties and obligations and ORDERS that the Guardian Ad Litem is hereby discharged and relieved of any further rights, duties and responsibilities in this case.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** by this Court this is a final judgment for all purposes which fully disposes of all claims brought on behalf of Plaintiff against **R&C Transportation, LLC, Augusto Rodriguez Toledano,** and their insurance company **United Financial Casualty Company** in this cause, and all relief prayed for by Plaintiff not specifically granted herein is expressly refused and denied.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** by this Court all costs, be taxed against the Party incurring the same.

**SIGNED AND EXECUTED** on this **20th** day of **October, 2021**.

_____
JUDGE PRESIDING


**APPROVED AS TO FORM:**


_____
Carolyn Hill
Guardian ad Litem for H.L., Minor


 */s/ Andrew A. Jones (w/permission)*_____
Andrew A. Jones
Attorney for Plaintiff



_____
Randall G. Walters
Attorney for Defendants

_____
JUDGE PRESIDING

**APPROVED AS TO FORM:**

*Carolyn Hill*
_____
Carolyn Hill
Guardian ad Litem for H.L., Minor

_____
Andrew A. Jones
Attorney for Plaintiff

_____
Randall G. Walters
Attorney for Defendants