UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CHRISTINE MARIE O'BRIEN, individually, and as next friend of I.T.O., a minor | § § § § | |
| v. | § | CIVIL CASE NO. 4:21-CV-66 |
| R&C TRANSPORTATION, LLC, ET AL. | § § § § | |

## FINAL JUDGMENT

On this date, the Court entered the Agreed Order of Dismissal dismissing the claims brought individually by Christine O'Brien against Defendants R & C Transportation, LLC, and Augusto Rodriguez Toledano. (Dkt. #46). Pursuant to that order, and in consideration of the previous agreed order dismissing claims brought by O'Brien as next of friend for I.T.O., a minor, (Dkt. #44), all claims and causes of action in this action have been resolved.

It is **ORDERED** that all claims and causes of action asserted in this lawsuit are hereby **DISMISSED**. All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil case

**So ORDERED and SIGNED this 3rd day of October, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE